# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>EDWARD PAYUMO,<br><br>          Defendant. | 2:17-cr-00067-KJD-VCF<br>**ORDER** |

Before the Court is the Motion to Modify Conditions of Pretrial Release to Allow Travel (ECF No. 31).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion to Modify Conditions of Pretrial Release to Allow Travel (ECF No. 31) must be filed on or before January 2, 2018. Any reply in support of the Motion to Modify Conditions of Pretrial Release to Allow Travel (ECF No. 31) must be filed on or before January 9, 2018.

IT IS SO ORDERED.

DATED this 26th day of December, 2017.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE